IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN MUNIR,

     Plaintiff,                              No. CIV S-05-1996 MCE PAN P

    vs.

THOMAS, et al.,

     Defendants.

_____/              ORDER

        Plaintiff is a state prisoner seeking relief pursuant to 42 U.S.C. § 1983 and seeking leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $250 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). An initial partial filing fee of $7.40 will be assessed by this order. 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of 20 percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be

1

1  forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's
2  account exceeds $10 until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).
3        The October 13, 2005, first-amended complaint states a cognizable claim for
4  relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the
5  complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this
6  action.
7        In accordance with the above, IT IS HEREBY ORDERED that:
8        1. Plaintiff's request for leave to proceed in forma pauperis is granted.
9        2. Plaintiff is obligated to pay the statutory filing fee of $250 for this action.
10 Plaintiff is assessed an initial partial filing fee of $7.40.  All fees shall be collected and paid in
11 accordance with this court's order to the Director of the California Department of Corrections
12 and Rehabilitation filed concurrently herewith.
13       3. Service is appropriate for the following defendants: Thomas, Stark, Martinez,
14 Murray and Jones.
15       4. The Clerk of the Court shall send plaintiff five USM-285 forms, one summons,
16 an instruction sheet and a copy of the complaint filed October 13, 2005.
17       5. Within 30 days from the date of this order, plaintiff shall complete the attached
18 Notice of Submission of Documents and submit the following documents to the court:
19         a. The completed Notice of Submission of Documents;
20         b. One completed summons;
21         c. One completed USM-285 form for each defendant listed in number 3
22         above; and
23         d.  Six copies of the endorsed complaint filed October 13, 2005;
24       6. Plaintiff need not attempt service on defendants and need not request waiver of
25 service.  Upon receipt of the above-described documents, the court will direct the United States
26 /////

1 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
2 without payment of costs.
3 DATED: March 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\muni1996.svc ord grnt ifp

3

```
1
2
3
4
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10  MELVIN MUNIR,
11         Plaintiff,                     No. CIV S 05-1996 MCE PAN P
12      vs.
13  THOMAS, et al.,                       NOTICE OF SUBMISSION
14         Defendants.                    OF DOCUMENTS
15  _____/
```

16        Plaintiff hereby submits the following documents in compliance with the court's

17 order filed _____:

18        __1__    completed summons form

19        __5__    completed USM-285 forms

20        __6__    copies of the ___October 13, 2005___
                                  Amended Complaint

21 DATED:

22

23                                    _____
                                      Plaintiff
24

25

26