IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN MUNIR,

        Plaintiff,                       No. CIV S-05-1996 MCE PAN P

    vs.

THOMAS, et al.,

        Defendants.              ORDER

/

        Plaintiff is a state prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983. On April 21, 2006, the court recommended this action be dismissed for plaintiff's failure to comply with an order entered March 8, 2006, directing him to submit papers necessary for service of process. Plaintiff has objected.

        Plaintiff asserts he never received the March 8, 2006, order.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The April 21, 2006, findings and recommendations are vacated;

        2. The Clerk of the Court shall serve on plaintiff the March 8, 2006, order granting plaintiff leave to proceed in forma pauperis and directing plaintiff to submit papers necessary for service of process; and

1  3.  The Clerk of the Court shall send plaintiff five USM-285 forms, one summons,
2 an instruction sheet and a copy of the complaint filed October 13, 2005.
3  4.  Within 30 days from the date of this order, plaintiff shall comply with the
4 March 8, 2006, order.
5 DATED: May 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\muni1996.vac f&r