IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN MUNIR,

        Plaintiff,                        No. CIV S-05-1996 MCE EFB P

    vs.

THOMAS, et al.,

        Defendants.         ORDER

_____/

        Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights action.

        On August 31, 2006, the United States Marshal returned process directed to defendant Sergeant Stark unserved because, "CDC locator unable to locate (7 Stark employees)." Plaintiff must provide new information to enable service of process on this defendant. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code § 6250, et seq., or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, it is ORDERED that:

1. The Clerk of the Court shall mail plaintiff one form USM-285 and a copy of the endorsed pleading filed October 13, 2005.

2. Within 90 days from the date this order is served, plaintiff may submit the attached Notice of Submission of Documents with a completed form USM-285 providing instructions for service of process upon defendant Sergeant Stark and two copies of the endorsed pleading provided to plaintiff.

3. Failure to provide new instructions for service of process upon defendant Sergeant Stark within the time allowed or show good cause for such failure will result in a recommendation that this action be dismissed as to that defendant.

Dated: September 14, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\muni1996.ord on non estes return