IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN MUNIR,

        Plaintiff,                     No. CIV S-05-1996 MCE EFB P

    vs.

THOMAS, et al.,

        Defendants.            FINDINGS & RECOMMENDATIONS

                               /

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On August 31, 2006, the United States Marshal returned process directed to defendant Sergeant Stark unserved. On September 15, 2006, the court directed plaintiff to provide further information to enable service on defendant Stark, forwarded the appropriate forms and directed plaintiff to return them within 90 days. The 90- day period has expired, and plaintiff has not returned the requisite form or responded in any way to the court's order.

       Accordingly, it is hereby RECOMMENDED that defendant Stark be dismissed without prejudice. *See* Fed. R. Civ. P. 41(b).

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written

objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED:   January 8, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE