IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MELVIN MUNIR,** | No. 2:05-CV-1996 MCE EFB P |
| Plaintiff, | |
| v. | |
| **J. THOMAS, et al.,** | **ORDER** |
| Defendants. | |

    Defendants Jones, Martinez, Murray, and Thomas have requested a 10-day extension of time to and including April 30, 2007, to file a motion for summary judgment in this action. The court finds good cause, grants the request, and orders that defendants shall file their motion on or before April 30, 2007.

    So ordered.

Dated: April 27, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE