1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MELVIN MUNIR,

11            Plaintiff,                    No. CIV S-05-1996 MCE EFB P

12        vs.

13   THOMAS, et al.,

14            Defendants.                   ORDER

15   _____/

16        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

17   *See* 42 U.S.C. § 1983.  On March 13, 2007, plaintiff filed a motion to extend the time for

18   discovery.  The time for discovery is governed by the November 15, 2006, discovery and

19   scheduling order, and previously closed on February 23, 2007.  Accordingly, the court treats the

20   motion as one to modify the scheduling order.

21        A schedule may be modified upon a showing of good cause.  Fed. R. Civ. P. 16(b).  Good

22   cause exists when the moving party demonstrates he cannot meet the deadline despite exercising

23   due diligence.  *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

24   Pursuant to the November 15, 2006, discovery and scheduling order, discovery closed February

25   23, 2007.  In the March 13, 2007, motion, petitioner seeks an additional 60 days to conduct

26   discovery.  He asserts that he is blind and that the prisoner assisting him had possession of

1

1   plaintiff's legal materials but those papers were confiscated when that prisoner was placed into

2   administrative segregation.  He also asserts that just days before filing this motion he was

3   informed by a third prisoner that discovery is "essential" and that discovery was to close "within

4   days."

5          While these facts, if established, would constitute good cause, plaintiff has not submitted

6   evidence to establish them.  In support of his assertion that he is blind, he submits a document

7   dated December 6, 2006 purporting to document his disability.  While the document shows that

8   he wears a special vest and is restricted to a lower bunk, it does not specify his disability.

9   Furthermore, plaintiff does not state when the prisoner assisting him was placed into

10  administrative segregation or whether plaintiff made any attempt to obtain his legal materials.

11         Plaintiff fails to demonstrate that he was unable to meet the deadline despite due

12  diligence.

13         Plaintiff's March 13, 2007, request is therefore denied.

14         So ordered.

15  Dated:  May 1, 2007.

16

17                                EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26