IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN MUNIR,

     Plaintiff,                           No. CIV S-05-1996 MCE EFB P

    vs.

THOMAS, et al.,

     Defendants.                   <u>ORDER</u>

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve an opposition to defendants' April 30, 2007, motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

       Plaintiff's May 23, 2007, motion is granted and plaintiff has 60 days from the date this order is served to file and serve an opposition to defendants' April 30, 2007, motion for summary judgment.

       So ordered.

Dated: June 5, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE