IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN MUNIR,

     Plaintiff,                    No. CIV S-05-1996 MCE EFB P

    vs.

J. THOMAS, et al.,

     Defendants.              ORDER

                            /

       Defendants move to vacate the pretrial and trial dates established in the November 15, 2006, scheduling order.

       A schedule may be modified upon a showing of good cause. Fed. R. Civ. P. 16(b). Good cause exists when the moving party demonstrates he cannot meet the deadline despite exercising due diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Pursuant to the scheduling order, plaintiff was to file a pretrial statement no later than July 20, 2007, defendants were to file a pretrial statement no later than August 3, 2007, pretrial conference on the papers is set for August 10, 2007, and trial is set for October 31, 2007. However, defendants' April 30, 2007, motion for summary judgment remains pending. Until this motion is resolved, the court cannot proceed to the pretrial stage of this action. Thus, defendants cannot comply with the schedule even in the exercise of due diligence.

1    Accordingly, it is ORDERED that defendants' August 3, 2007, request to vacate is
2 granted and the above dates are vacated.  The court will make a pretrial and trial schedule upon
3 the resolution of defendants' summary judgment motion, if appropriate.
4 Dated: August 14, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE