IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN MUNIR,  No. 2:05-cv-01996-MCE-EFB P

    Plaintiff,

  vs.  <u>ORDER</u>

J. THOMAS, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On March 5, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed March 5, 2008, are adopted in full;

2.  Defendant Thomas' April 30, 2007, motion for summary judgment is denied with respect to plaintiff's claim that around July 16, 2004, defendant Thomas was deliberately indifferent to plaintiff's need to be assigned to an upper bunk, resulting in plaintiff falling from his bunk on July 20, 2004;

3.  The remainder of defendants' April 30, 2007, motion for summary judgment is granted in its entirety;

4.  Defendant Thomas has five (5) court days from the date this order is signed to notify the court whether he intends to file a motion pursuant to the magistrate judge's March 20, 2008, order.

Dated: March 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE