IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN MUNIR,

    Plaintiff,                               No. CIV S-05-1996 MCE EFB P

    vs.

THOMAS, et al.,

    Defendants.                            <u>ORDER</u>

        Plaintiff appears to be a former state prisoner, who proceeds without counsel in an action brought under 42 U.S.C. § 1983. *See* Dckt. No 65, Notice of Change of Address (based on plaintiff's expected parole date). On March 31, 2009, the court denied defendant Thomas's motion for summary judgment and ordered the parties to file pretrial statements. Dckt. No. 59. Subsequently, plaintiff filed a pretrial statement and defendant Thomas appealed this court's order to the Court of Appeals for the Ninth Circuit. Dckt. No. 60. On March 6, 2012, Thomas's appeal was dismissed for lack of jurisdiction. Dckt. No 66.

        Accordingly, IT IS HEREBY ORDERED that defendant Thomas file a pretrial statement within 30 days from the date this order is filed.

DATED: March 12, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE